UNITED STATES DISTRICT COURT
MIDDLE DISTRICT PENNSYLVANIA

| | |
|---|---|
| MICHAEL G. TALAMANTES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:15-cv-00338-JEJ |
| MERCANTILE ADJUSTMENT BUREAU, LLC, | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

Plaintiff, MICHAEL G. TALAMANTES, and Defendant, MERCANTILE ADJUSTMENT BUREAU, LLC, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

RESPECTFULLY SUBMITTED,                    RESPECTFULLY SUBMITTED,

By:/s/ Michael A. Siddons                          By:/s/ Aaron R. Easley, Esq.
   Michael A. Siddons                                    Aaron R. Easley, Esq.
   The Law Firm of Michael Alan Siddons         SESSIONS, FISHMAN, NATHAN
   230 N. Monroe St.                                     & ISRAEL, L.L.C.
   P.O. Box 403                                            3 Cross Creek Drive
   Media, PA 19063                                       Flemington, NJ 08822
   Tel: (484) 614-6546                                  Tel: (908) 237-1660
   msiddons@siddonslaw.com                       Fax: (908) 237-1663
   Attorneys for Plaintiff                              aeasley@sessions-law.biz
                                                                Attorneys for Defendant

## CERTIFICATE OF SERVICE

On April 28, 2015, the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, which will provide electronic notice to all counsel of record.

By:/s/Michael A. Siddons
   Michael A. Siddons